IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DWAYNE S. WIGGINS, | : | CIVIL ACTION |
|     Petitioner, | : | |
| v. | : | |
| | : | NO. 13-7504 |
| WAYNE J. GAVIN, et al., | : | |
|     Respondents. | : | |

### ORDER

HARVEY BARTLE III, J.,

AND NOW, this 21st day of August, 2014, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ Harvey Bartle III_
HARVEY BARTLE III, J.